# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CONCORD AUTO BODY, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:14-CV-01857-JAR |
| STATE FARM MUTUAL AUTO INSURANCE COMPANY, *et al.*, | ) Judge John A. Ross |
| Defendants. | ) |

## STIPULATED MOTION TO STAY PROCEEDINGS PENDING A TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Defendants Allstate Fire and Casualty Insurance Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company, and Esurance Property and Casualty Insurance Company (collectively "the Allstate Defendants")[1] and Plaintiff Concord Auto Body, Inc. respectfully move this Court for an order granting a stay as to all proceedings in the above-captioned Action ("Action") pending a decision by the Judicial Panel on Multidistrict Litigation as to whether to transfer this Action to *In re Auto Body Shop Antitrust Litig.*, MDL No. 2557, that is currently pending before Judge Gregory A. Presnell in the Middle

---

[1] Counsel for the Allstate Defendants have attempted to contact counsel for all Defendants in this Action, requesting concurrence in the relief sought.  Although counsel for the Allstate Defendants have not appeared on behalf of any other Defendant in this Action, the following Defendants consent to the filing of the Motion:  American Family Mutual Insurance, Farmers Insurance Company, Inc., Liberty Mutual Fire Insurance Company, LM General Insurance Company, Safeco Insurance Company of Illinois, Progressive Casualty Insurance Company, Progressive Advanced Insurance Company, Progressive Preferred Insurance Company, Progressive Direct Insurance Company, Progressive Northwestern Insurance Company, Shelter Mutual Insurance Company, and Travelers Home and Marine Insurance Company.  Counsel for the Allstate Defendants did not receive a response from the other Defendants.

District of Florida. The grounds for this Stipulated Motion are set forth in the Memorandum in Support filed herewith.

Dated:  November 20, 2014

    Respectfully submitted,

    /s/ Deborah C. Druley (w/consent)
    Deborah C. Druley (MO# 54625)
    deborah.druley@dentons.com
    DENTONS US LLP
    One Metropolitan Square
    211 N. Broadway, Suite 3000
    St. Louis, MO 63102-2741
    Phone: (314) 241-1800 / Fax: (314) 259-5959

    Richard L. Fenton
    richard.fenton@dentons.com
    DENTONS US LLP
    233 S. Wacker Drive, Suite 7800
    Chicago, IL 60606
    Phone: (312) 876-8000
    Fax: (312) 876-7934

    COUNSEL FOR THE ALLSTATE
    DEFENDANTS


    /s/Tonna K. Farrar (w/permission)
    Tonna K. Farrar (MO #46270)
    tfarrar@bffb.com
    Van Bunch
    Eric D. Zard
    BONNETT, FAIRBOURN, FRIEDMAN
      & BALINT, P.C.
    2325 East Camelback Road, Suite 300
    Phoenix, AZ 85016
    Phone:  (602) 274-1100

    COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Tonna K. Farrar
Van Bunch
Eric D. Zard
BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
2325 East Camelback Road
Suite 300
Phoenix, AZ 85016

I further certify that a copy of the foregoing has been served upon the following parties by first class U.S. Mail, postage prepaid, on November 20, 2014:

State Farm Mutual Automobile Ins. Co
State Farm Fire and Casualty Company
One State Farm Plaza
Bloomington, IL 61710

American Family Mutual Ins. Co.
6000 American Parkway
Madison, WI 53783-0001

Shelter Mutual Insurance Company
1817 West Broadway
Columbia, MO 65218

Farmers Insurance Co., Inc.
10850 Lowell Avenue
Overland Park, KS 66210-1667

Automobile Club Inter-Insurance Exchange
3333 Fairview Road
Mail Stop A357
Costa Mesa, CA 92626-1698

Safeco Insurance Company of Illinois
175 Berkeley Street
Boston, MA 02116

GEICO Casualty Company
GEICO General Insurance Company
GEICO Indemnity Company
One GEICO Plaza
Washington, DC 20076-0001

Government Employees Insurance Company
One GEICO Plaza
Washington, DC 20076-0001

Progressive Casualty Insurance Company
Progressive Advanced Insurance Company
Progressive Preferred Insurance Company
Progressive Direct Insurance Company
Progressive Northwestern Insurance Co
P.O. Box 89490
Cleveland, OH 44101-6490

| | |
|---|---|
| Farm Bureau Town & Country Insurance Company Of Missouri<br>P.O. Box 658<br>Jefferson City, MO 65102 | USAA General Indemnity Company<br>9800 Fredericksburg Road<br>San Antonio, TX 78288 |
| Allied Property & Casualty Ins. Co.<br>1100 Locust Street, Dept. 2007<br>Des Moines, IA 50391-2007 | American Standard Ins. Co. of Wisconsin<br>6000 American Parkway<br>Madison, WI 53783-0001 |
| United Services Automobile Association<br>9800 Fredericksburg Road<br>San Antonio, TX 78288 | The Travelers Home And Marine Insurance Company<br>One Tower Square<br>Hartford, CT 06183 |
| USAA Casualty Insurance Company<br>Liberty Mutual Fire Insurance Company<br>175 Berkeley Street<br>Boston, MA 02117 | Nationwide Affinity Ins. Co. Of America<br>One Nationwide Plaza<br>Columbus, OH 43215-2220 |
| LM General Insurance Company<br>175 Berkeley Street<br>Boston, MA 02117 | Nationwide Insurance Company Of America<br>1 W. Nationwide Blvd<br>DSPF-76<br>Columbus, OH 43215-2220 |
| Cornerstone National Insurance Company<br>P.O. Box 6040<br>Columbia, MO 65205-6040 | |
| Safe Auto Insurance Company<br>4 Easton Oval<br>Columbus, OH 43219 | |

/s/ Deborah C. Druley
Deborah C. Druley (#54625MO)
deborah.druley@dentons.com
DENTONS US LLP
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, MO 63102-2741
Phone: (314) 241-1800
Fax: (314) 259-5959

COUNSEL FOR THE ALLSTATE DEFENDANTS

83384710\V-1

2